December 4th, 1911.

————o————

5463.

(Court of Appeal, Parish of Orleans.)

## TEUTONIA BANK & TRUST CO., LIQUIDATORS OF KEYSTONE LIFE INSURANCE CO. OF.LA. vs. J. VIC LECLERC.

Appeal from the Civil District Court, Division "E."

Dart, Kernan & Dart, for plaintiff and appellant.

Bartley, Smart & Parsons, for defendant and Appellee.

DUFOUR, J.—Considering the motion herein made by the appellant and the written consent on file of all parties in interest, it is hereby ordered that this appeal be dismissed at appellant's cost.